833 F.2d 305
 Lac d'Amiante du Quebec, Ltee, Carey Canada, Inc.,
Celotex Corp., GAF Corp., Peltz Rowley, Inc., Asbestos
Textile Institute, Vermont Asbestos Group., Charter
Consolidated, Ltd., Charter Consolidated Investments, Ltd.,
Charter Consolidated Services, Ltd., Central Mining
Finance, Ltd., Consolidated Mines Selection Co.,Ltd.,
British South Africa Co., Ltd., Cape Industries, Ltd., Cape
Asbestos Industries, Ltd., Cape Asbestis} Fibres, Ltd.,
Cape Asbestos South Africa Proprietary
 NO. 87-1223
 United States Court of Appeals,
Third Circuit.
 OCT 13, 1987
 
 Appeal From: E.D.Pa.,
 Shapiro, J.
 
 
 1
 AFFIRMED.